**SEALED**

**FILED**
SEP 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES, ADDITION OF CALLER IDENTIFICATION SERVICE, AND DISCLOSURE OF BILLING AND SUBSCRIBER INFORMATION FOR PHONE NUMBER 916-429-5809 | CASE NO. 2:18-SW-831 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: 9/28/18

_____
Hon. ALLISON CLAIRE
United States Magistrate Judge